**R & D DYNAMICS CORPORATION,**
Plaintiff–Appellant,

v.

**UNITED STATES, Defendant–Appellee.**

No. 2008–5005.

United States Court of Appeals,
Federal Circuit.

Jan. 28, 2009.

William T. Welch, Barton, Baker, McMahon & Tolle, LLP of McLean, VA, argued for plaintiff-appellant.

Delisa M. Sanchez, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, for defendant-appellee. With her on the brief was Jeanne E. Davidson, Director, and Donald E. Kinner,

Assistant Director. Of counsel on the brief was Daniel Pantzer, Associate Counsel, Protest/Litigation Branch, Office of Command Counsel Headquarters, United States Army Material Command, of Fort Belvoir, VA.

NEWMAN, SCHALL, and MOORE, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.